IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALDONADO ULTIMINO HERNANDEZ,<br><br>  Plaintiff,<br><br> vs.<br><br>MARIN COUNTY SHERIFF DEPT., et al.,<br><br>  Defendants. | No. C 12-06406 EJD (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a federal detainee, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983. On March 18, 2013, the Court issued an order of dismissal with leave to amend. (Docket No. 6.) Plaintiff was informed that failure to file an amended complaint within twenty-eight days would result in the dismissal of his case without prejudice and without further notice to Plaintiff. The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is **DISMISSED** without prejudice.

The Clerk shall terminate any pending motions and close the file.

DATED: 4/22/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\06406Hernandez_dismissal.wpd      1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALDONADO ULTIMINO HERNANDEZ,     Case Number CV 12-06406 EJD (PR)

         Plaintiff,

v.                                         **CERTIFICATE OF SERVICE**

MARIN COUNTY SHERIFF DEPT., et al.,

         Defendants.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/23/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Maldonado Ultimino Hernandez**
36736-359
P. O. Box 800079
Houston, TX 77280

DATED: _____4/23/2013_____
                                     Richard W. Wieking, Clerk
                                     /s/ By: Elizabeth Garcia, Deputy Clerk